IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Fle No.: 1:24-CV-482-UA-JEP

| | |
|---|---|
| WHATABRANDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WHAT-A-BURGER #13, INC.,<br>WHAT-A-BURGER #13 LOCUST PARTNERS, LLC,<br>WHAT-A-BURGER 13 MOBILE FOOD, LLC,<br>WAB #13, LLC, and<br>ZEB BOST,<br><br>Defendants. | **MOTION TO DISMISS** |

**MOTION TO DISMISS BY DEFENDANTS WHAT-A-BURGER #13, INC., WHAT-A-BURGER #13 LOCUST PARTNERS, LLC, WHAT-A-BURGER 13 MOBILE FOOD, LLC, WAB #13, LLC AND ZEB BOST**

NOW COMES all Defendants, by and through the undersigned counsel, and moves to dismiss Plaintiff's Complaint based on Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

In support of this Motion, Defendants rely on the argument and authorities in the brief submitted contemporaneously herewith in accordance with LR7.2.

WHEEFORE, Defendants pray the Court to enter an Order:

1) Dismissing Plaintiff's Complaint for failure to state a claim upon which relief maybe granted; and

2) Granting such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 16th day of August, 2024.

**HOWARD STALLINGS LAW FIRM**

By: /s/ Kenneth C. Haywood
Kenneth C. Haywood (State Bar No. 19066)
Robert H. Jessup (State Bar No. 42945)
5410 Trinity Road, Suite 210
Raleigh, North Carolina 27607
Telephone: (919) 821-7700
khaywood@howardstallings.com
rjessup@howardstallings.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Motion to Dismiss, with the Clerk of Court using the CM/ECF system which will send notification of such filing to Plaintiff's Counsel:

Kevin G. Williams
Carson D. Schneider
Bell, Davis & Pitt
100 N. Cherry Street
Winston-Salem, NC  27101
kwilliams@bellsdavispitt.com
cshneider@belldavispitt.com

Wendy C. Larson
Giulio E. Yaquinto
Pirkey Barber PLLC
1801 Wast 6th Street, Suite 300
Austin, TX  78702
wlarson@pirkeybarber.com
gyaquinto@pirkeybarber.com

This the 16th day of August, 2024.

**HOWARD STALLINGS LAW FIRM**

By:   /s/ Kenneth C. Haywood
Kenneth C. Haywood
*Attorneys for Defendants*