IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil File No.: 1:24-CV-482-UA-JEP

| WHATABRANDS LLC, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **NOTICE OF DEFENDANTS' WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| WHAT-A-BURGER #13, INC., WHAT-A-BURGER #13 LOCUST PARTNERS, LLC, WHAT-A-BURGER 13 MOBILE FOOD, LLC, WAB #13, LLC, and ZEB BOST, | ) ) ) ) ) ) | |
| Defendants. | | |

NOW COMES the Defendants by and through its undersigned attorney, and hereby informs the Court that it withdraws its Motion To Dismiss Plaintiff's Complaint D.E. *7.

In support of this Notice, the undersigned counsel respectfully shows unto the Court that they previously filed a Motion to Dismiss Plaintiff's Complaint D.E. *7. Subsequent to the filing of the Motion to Dismiss, the Plaintiff filed an Amended Complaint D.E. *14 which renders moot the Defendants first Motion to Dismiss Plaintiff's Complaint. Defendants reserve their right to file future Motions to Dismiss as to Plaintiff's Amended Complaint.

This the 16th day of September, 2024.

        **HOWARD STALLINGS LAW FIRM**

By:  /s/ Kenneth C. Haywood
       Kenneth C. Haywood (State Bar No. 19066)
       Robert H. Jessup (State Bar No. 42945)
       5410 Trinity Road, Suite 210
       Raleigh, North Carolina 27607
       khaywood@howardstallings.com
       rjessup@howardstallings.com
       *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to Plaintiff's counsel.

This the 16th day of September, 2024.

**HOWARD STALLINGS LAW FIRM**

By: /s/ Kenneth C. Haywood
Kenneth C. Haywood
*Attorneys for Defendants*