IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHATABRANDS LLC, | § |
| Plaintiff, | § |
| v. | § Civil Action No.: 1:24-cv-00482-TDS-JEP |
| WHAT-A-BURGER #13, INC., WHAT-A-BURGER #13 LOCUST PARTNERS, LLC, WHAT-A-BURGER 13 MOBILE FOOD, LLC, WAB #13, LLC, and Zeb Bost, | § **JOINT NOTICE OF SETTLEMENT** |
| Defendants. | § |

Pursuant to Local Rule 83.3, Plaintiff Whatabrands LLC ("Plaintiff") and Defendants What-A-Burger #13, Inc, What-A-Burger #13 Locust Partners, LLC, What-A-Burger 13 Mobile Food, LLC, WAB #13, and Zeb Bost (collectively "Defendants") jointly file this Notice of Settlement to inform the Court that all claims asserted in the above-captioned matter have been resolved, that the parties are working on the appropriate settlement documents, and that it is anticipated that a stipulation of dismissal will be filed as soon as the settlement documents have been completed.

Respectfully submitted,

Dated: August 6, 2025

PIRKEY BARBER PLLC

*/s/ Wendy C. Larson*
Wendy C. Larson
TX State Bar No. 24055820*
Taylor M. Luke
TX State Bar No. 24136989*
1801 East 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200

HOWARD STALLINGS LAW FIRM

*/s/ Kenneth C. Haywood (with permission)*
Kenneth C. Haywood
N.C. State Bar No. 19066
Robert H. Jessup
N.C. State Bar No. 42945
Wesley A. Stewart
N.C. State Bar No. 58095
5410 Trinity Road, Suite 210

1

(512) 322-5201 (Fax)
wlarson@pirkeybarber.com
tluke@pirkeybarber.com
*Special Appearance Under Local rule 83.1(d)*

BELL, DAVIS & PITT

/s/ Kevin G. Williams
Kevin G. Williams
N.C. State Bar No. 25760
Carson D. Schneider
N.C. State Bar No. 59953
100 N. Cherry St.
Winston-Salem, NC 27101
Telephone: (336) 722-3700
kwilliams@belldavispitt.com
cschneider@belldavispitt.com
Attorneys for Plaintiff

Raleigh, NC 27607
Telephone: (919) 821-7700
khaywood@howardstallings.com
rjessup@howardstallings.com
wstewart@howardstallings.com
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel or record in the system.

Kevin C. Haywood
Robert H. Jessup
Wesley A. Stewart
HOWARD STALLINGS LAW FIRM
5410 Trinity Road, Suite 210
Raleigh, North Carolina 27607
Telephone: (919) 821-7700
khaywood@howardstallings.com
rjessup@howardstallings.com
wstewart@howardstallings.com

*/s/ Wendy C. Larson*
Wendy C. Larson