IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WHATABRANDS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-00482-US-JEP |
| | § | |
| WHAT-A-BURGER #13, INC., | § | |
| WHAT-A-BURGER #13 LOCUST | § | |
| PARTNERS, LLC, WHAT-ABURGER | § | |
| 13 MOBILE FOOD, LLC, | § | |
| WAB #13, LLC, AND ZEB BOST, | § | |
| Defendants. | § | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Settlement Agreement, Plaintiff Whatabrands LLC and Defendants What-A-Burger #13, Inc., What-A-Burger #13 Locust Partners, LLC, What-A-Burger 13 Mobile Food, LLC, WAB #13 LLC, and Zeb Bost, hereby stipulate to the dismissal of this lawsuit with prejudice.

Dated: September 4, 2025

Respectfully submitted:

| | |
|---|---|
| PIRKEY BARBER PLLC | HOWARD STALLINGS LAW FIRM |
| /s/ *Wendy C. Larson* | /s/ *Kenneth C. Haywood* |
| Wendy C. Larson | Kenneth C. Haywood |
| TX State Bar No. 24055820* | N.C. State Bar No. 19066 |
| Taylor M. Luke | Robert H. Jessup |
| TX State Bar No. 24136989* | N.C. State Bar No. 42945 |
| 1801 East 6th Street, Suite 300 | Wesley A. Stewart |
| Austin, TX 78702 | N.C. State Bar No. 58095 |
| (512) 322-5200 | 5410 Trinity Road, Suite 210 |
| (512) 322-5201 (Fax) | Raleigh, NC 27607 |

wlarson@pirkeybarber.com
tluke@pirkeybarber.com
*Special Appearance Under Local rule 83.1(d)*

BELL, DAVIS & PITT

/s/ Kevin G. Williams

Kevin G. Williams
N.C. State Bar No. 25760
Carson D. Schneider
N.C. State Bar No. 59953
100 N. Cherry St.
Winston-Salem, NC 27101
Telephone: (336) 722-3700
kwilliams@belldavispitt.com
cschneider@belldavispitt.com

Attorneys for Plaintiff

Telephone: (919) 821-7700
khaywood@howardstallings.com
rjessup@howardstallings.com
wstewart@howardstallings.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September  4 , 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel or record in the system.

Kevin C. Haywood
Robert H. Jessup
Wesley A. Stewart
HOWARD STALLINGS LAW FIRM
khaywood@howardstallings.com
rjessup@howardstallings.com
wstewart@howardstallings.com

/s/ *Kevin G. Williams*
Kevin G. Williams
*Attorney for Plaintiff*